UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GILBERT SALINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARDS THEATRES, INC., et al.,<br><br>    Defendants. | Case No. 2:15-cv-07698-BRO-PJW<br>Hon. Beverly Reid-O'Connell<br><br>**JUDGMENT** |

1  Judgment is entered in favor of Defendant Edwards Theatres, Inc.
2  ("Defendant") and against Plaintiff Gilbert Salinas ("Plaintiff"), pursuant to the
3  Court's order dated August 24, 2016.
4  Defendant, as the prevailing party, may file a motion for attorney's fees
5  incurred herein within 45 days after the entry of judgment.

**IT IS HEREBY ORDERED**

Dated: September 14, 2016                    _____
                                              HONORABLE BEVERLY REID O'CONNELL
                                              UNITED STATES DISTRICT COURT JUDGE