FILED

MAR 03 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GILBERT SALINAS,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>EDWARDS THEATERS, INC. and DOES, 1-10,<br><br>        Defendants-Appellees. | No.   16-56392<br><br>D.C. No.<br>2:15-cv-07698-BRO-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

    Appellant's motion to dismiss this appeal (Docket Entry No. 7) is granted.

Fed. R. App. P. 42(b).

    A copy of this order shall serve as and for the mandate of this court.

                              FOR THE COURT


                              By: Stephen Liacouras
                              Circuit Mediator

sl/mediation